UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

SEAFREIGHT LINE LTD., and
SEA PACK INC.,

     Plaintiffs,
vs.

WEST INDIAN SHIPPING LTD.

     Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiffs, SEAFREIGHT LINE LTD. and SEA PACK INC. ("CARRIERS") by and through their undersigned counsels and files this their Complaint against WEST INDIAN SHIPPING LTD. ("WIS") and further alleges as follows:

### NATURE OF THE ACTION, THE PARTIES, JURISDICTION, AND VENUE

1. Plaintiff SEA PACK INC. ("SEAPACK") is a Florida Corporation with its principle place of business in located at 2800 N.W. 105th Avenue, Miami, Florida 33172.

2. Plaintiff SEAFREIGHT LINE LTD. ("SEAFREIGHT") is a foreign corporation, with its principle place of business located at 2800 NW 105 Avenue, Miami, Florida 33172.

3. Upon information and belief, the Defendant WEST INDIAN SHIPPING LTD. (WIS) is a Cayman Island corporation, who operates a maritime agency located at: 2nd Floor, Panton House 24 Warwick Drive, Georgetown, Grand Cayman.

4. This Court has jurisdiction over this action between the Parties pursuant to *28 U.S.C. § 1333* as this dispute concerns the breach of an agreement concerning maritime related services.

5. Moreover, Venue is proper here because one of the contractually agreed terms entered into between SEAFREIGHT and WIS in their Agency Agreement dated April 24, 2007 ("Agreement 1") provided that any dispute, controversy, <u>shall</u> be litigated in the courts in Miami-Dade County, Florida.

6. The Court has *in personam* jurisdiction over WIS because WIS personally or through an agent, operated, conducted, engaged in or carried on a business venture within the District and specifically contracted with CARRIERS for the performance of work within the District, the performance of such work giving rise to the controversy at issue in this action.

## FACTS

7. The CARRIERS are corporations, which operates liner services internationally predominantly offering combined transport of containerized cargo.

8. On or about April 2007, SEAFREIGHT entered into Agreement 1 with WIS. The terms and conditions of Agreement 1 provided that WIS would provide full agency services relating to SEAFREIGHT's liner transport by and between Miami Florida and the Cayman Islands.

9. On or about February 2008, SEAPACK and WIS entered into an Agency Agreement ("Agreement 2"). The terms and conditions of Agreement 2 provided that WIS would provide full agency services relating to SEAPACK's ocean transportation services by

and between Miami Florida and the Cayman Islands. SEAPACK and WIS each have a copy of Agreement 2 within their possession.

10. Pursuant to the express terms and conditions of Agreement 1 and 2, WIS was responsible for amongst other things the collection of freight, miscellaneous charges and other revenue due to the CARRIERS for shipments both to and from Miami, Florida with the Cayman Islands. WIS was responsible for and did to a limited extent remit monies from Grand Cayman to Miami pursuant to the terms of these Agreements.

11. At no time during terms of Agreement 1 and 2 did WIS complain to the CARRIERS about these terms and conditions of Agreements.

12. The CARRIERS have performed all conditions and promises required on their parts in accordance with the terms and conditions of Agreement 1 and Agreement 2.

13. Despite full performance by the CARRIERS, WIS has failed to pay the monies rightfully due to the CARRIERS for freight, miscellaneous charges, and other revenue collected by WIS on behalf of the CARRIERS as required pursuant to Agreements.

14. On or about June 3, 2010, the CARRIERS demanded full payment within ten days from WIS for all monies rightfully due and owing pursuant to Agreement 1 and 2.

15. WIS did not make full payment by June 13 and has yet to do so.

16. The total amount due and owing to the CARRIERS for freight, miscellaneous charges, and other revenue collected by WIS which have not been paid to the CARRIERS is $492,893.75. WIS has failed and refused to make payment to the CARRIERS for this amount.

17. The failure of payment by WIS to CARRIERS as mandated pursuant to Agreement 1 and Agreement 2 has caused great harm to CARRIERS in their ability to conduct their business.

18. All statutory and contractual conditions to the filing and maintenance of this action, and recovery by the CARRIERS have occurred, been met, been satisfied or have been waived.

## COUNT ONE
## BREACH OF CONTRACT

19. The CARRIERS incorporates and realleges each of the proceeding paragraphs.

20. Agreement 1 and Agreement 2 are valid and enforceable contracts.

21. The consideration set forth in Agreement 1 and Agreement 2 were fair and reasonable.

22. The CARRIERS have substantially satisfied all conditions and promises required on their part to be performed in accordance with the terms and conditions of Agreement 1 and Agreement 2.

23. WIS failed and refused to pay the CARRIERS the full amount due to it under Agreement 1 and Agreement 2.

24. WIS has materially breached its obligations to the CARRIERS by its failure to rightfully return the monies legally due to the CARRIERS.

25. As a direct result of WIS's breach of Agreement 1 and Agreement 2, the CARRIERS have suffered damages in the amount of $492,893.75, plus interest, attorney fees and costs as provided under the terms of Agreement 1 and Agreement 2.

WHEREFORE, Plaintiffs SEAFREIGHT LINE LTD. and SEA PACK INC. demands judgment against WEST INDIAN SHIPPING LTD., for at least the stated amounts; an accounting by WIS of all information related to each and every account that should have been directed to the CARRIERS under Agreement 1 and 2; and prejudgment interest at the maximum rate allowed under applicable law, its attorney's fees and cost incurred in this action, and for such other and further relief as this Court finds appropriate.

Dated this \_15th\_\_\_\_day of \_\_September\_\_\_\_\_, 2010.

> BLANCK & COOPER, P.A.
> 5730 S.W. 74th Street, Suite #700
> Miami, Florida 33143
> Telephone: (305) 663-0177
> Facsimile:  (305) 663-0146
>
> By:\_\_\_//S// Robert W. Blanck_____
> Robert W. Blanck, Esquire
> Florida Bar No: 311367
> Email: rblanck@shiplawusa.com
> Attorney for Plaintiffs

7273/WIS.Complaint